# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**PEGGY VOLK PATTERSON, ET AL.**          \*
                                          \*
**VERSUS**                                \*    **Case No.: 2:06-cv-07517-SRD-SS**
                                          \*
**STATE FARM FIRE AND CASUALTY**          \*
**COMPANY**                               \*
                                          \*
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Considering the foregoing Rule 41(a) Stipulation of Partial Voluntary Dismissal,

IT IS ORDERED that Plaintiffs' request for trial by jury is hereby WITHDRAWN, as to

State Farm Fire and Casualty Company, in its capacity as the WYO Program carrier only.

NEW ORLEANS, LOUISIANA, this  3rd  day of _____ July _____, 2008.

_____
                    Stanwood R. Duval, Jr.
                    United States District Judge

1